UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

GREGORY J. REED,

    Debtor.

_____/

Case No. 15-cv-14462
Case No. 16-cv-11614
Case No. 16-cv-11777

Hon. Matthew F. Leitman

### ORDER TO ATTEND TELEPHONIC STATUS CONFERENCE

**IT IS HEREBY ORDERED** that all counsel of record on the above case numbers shall appear for a telephonic status conference with the Honorable Matthew F. Leitman on **Wednesday, June 29, 2016 at 10:00 a.m.**

Counsel shall join the conference call by utilizing the following call-in information:

    Call-In#:    215.446.3649
    Access Code:    8390969

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: June 20, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 20, 2016, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113
